**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:04cv129-V**

| | | |
|---|---|---|
| **JAMES A. WHITLEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **HARTFORD LIFE AND ACCIDENT** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS  MATTER** is before the Court on its own motion for a continuance of the trial in this matter from the 16 May 2005 term in the Charlotte Division.

     **IT IS, THEREFORE, ORDERED** that this case is hereby continued  from 16 May 2005 to the 25 July 2005 term in the Charlotte Division.

Signed: 10 May 2005

Richard L. Voorhees
United States District Judge