# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL NO. 3:04-cv-00129-W

| | |
|---|---|
| JAMES A. WHITLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF HEARING |
| ) | |
| HARTFORD LIFE & ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the Court following remand by the unpublished opinion entered by the Fourth Circuit Court of Appeals directing this Court to enter judgment for Plaintiff. <u>Whitley v. Hartford Life & Accident Ins. Co.</u>, No. 06-2189 (4th Cir. January 29, 2008). Prior to entry of judgment, the Court finds that a hearing would be beneficial and helpful to the Court.

TAKE NOTICE that this matter has been set for hearing on the issue of damages, attorneys' fees, and costs before the undersigned United States District Judge, to be held at **9:00 a.m. on April 10, 2008,** in Courtroom #1 of the Charles R. Jonas Federal Building in Charlotte, North Carolina. The parties may submit briefs and other materials prior to the hearing but no later than Friday, March 28, 2008. Responses to the briefs are due by Friday, April 4, 2008. No reply briefs will be allowed.

**IT IS SO ORDERED.**     Signed: February 27, 2008

Frank D. Whitney
United States District Judge